

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00111-CR

**EX PARTE** Dexter **HYPOLITE**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1995CR5948A-W1
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's December 30, 2024 order denying relief under article 11.072, as modified by its September 2, 2025 findings of fact and conclusions of law, is AFFIRMED.

SIGNED November 5, 2025.

_____
Lori Massey Brissette, Justice